# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130142

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

STEPHEN LEE PINKAVA,
      Defendant-Appellant.

SC: 130142
COA: 255818
Wayne CC: 03-013754-01

_____/

      On order of the Court, the application for leave to appeal the October 27, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2006

Clerk

d0320